HELEN NAGLE *vs.* J. LEO SYKES ET AL.

Third Judicial District, New Haven, June Term, 1927.
WHEELER, C. J., MALTBIE, HAINES, HINMAN and BANKS, Js.

Argued June 7th—decided June 28th, 1927.

ACTION to recover damages for the refusal of the defendants to return a diamond pin, alleged to be the property of the plaintiff, brought to the court of Common Pleas for New Haven County and tried to the court, *Booth, J.;* judgment for the plaintiff for $666, and appeal by the defendants. *No error.*

*Harry L. Edlin* and *Arthur Klein,* for the appellants (defendants):

*Nelson R. Durant,* with whom was *John R. Thim,* for the appellee (plaintiff).

PER CURIAM.   No conclusions other than those reached by the trial court would have been justified upon the subordinate facts found.   These were made upon conflicting evidence; it was for the trial court to determine the credibility of the witnesses' statements.   The attempt to substitute the draft-finding for the finding, by way of a motion to correct, fails in this instance, as it has done heretofore.   Our court has never within our experience made up an entire finding without evidence, or contrary to admitted or undisputed facts.   The further correction of the finding claimed, by striking out nine of its paragraphs, is not well taken; none of these were found without evidence. There is no error.